JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

SARA ORNELAS,

        Plaintiff,

  vs.

MARTIN O'MALLEY,
Commissioner of Social Security,

        Defendant.

) Case No.: 2:24-cv-04304-JDE
)
)
) JUDGMENT OF REMAND
)
)
)
)
)

The Court having approved the parties' Stipulation to Remand (Dkt. 11, "Stipulation to Remand") and entered an Order of Remand,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  July 18, 2024

JOHN D. EARLY
United States Magistrate Judge