UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA ORNELAS, | Case No.  2:24-cv-04304-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| FRANK BISIGNANO,<br>Commissioner of Social Security, | |
| Defendant. | |

Having approved the parties' stipulation to reopen this case and enter final judgment affirming the Commissioner's decision finding Plaintiff disabled under the Social Security Act (Dkt. 14),

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered for Plaintiff in accordance with the post-remand decision of the administrative law judge.

Date: March 4, 2026

_____
JOHN D. EARLY
United States Magistrate Judge

-1-