UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

SARA ORNELAS,

               Plaintiff,

          v.

FRANK BISIGNANO,
Commissioner of Social Security,

               Defendant.

No. 2:24-cv-04304-JDE

ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

      Based upon the parties' Stipulation (Dkt. 17), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $7,700.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: March 26, 2026 _____

_____
JOHN D. EARLY
United States Magistrate Judge